IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. BANK, N.A., as Trustee for the registered holders of GS Mortgage Securities Corporation II, commercial mortgage pass-through certificates, series 2006-CG8, acting by and through its special servicer CW Capital Asset Management, LLC,<br>    Plaintiff,<br><br>    vs.<br><br>IRA GORMAN, et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 11-612<br>)<br>)<br>) |

ORDER

AND NOW, this 13 day of July, 2012, after the plaintiff, U.S. Bank, N.A., as Trustee for the registered holders of GS Mortgage Securities Corporation II, commercial mortgage pass-through certificates, series 2006-CG8, acting by and through its special servicer CW Capital Asset Management, LLC, filed an action in the above-captioned case, and after a motion for summary judgment was submitted by the plaintiff against Ira Gorman, as an individual and as executor of the estate of Dorothy Gorman, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 33), which is adopted as the opinion of this Court,

    IT IS ORDERED that plaintiff's motion for summary judgment (Docket No. 29) is granted.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if defendant Ira Gorman desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

_____
Gary L. Lancaster
United States Chief District Judge